U.S. DISTRICT Court of Middle Florida
Office of THE Clerk: Hon Chief Judge
401 W. Central Blvd #1200 Orlando, Fl 32801
March 6, 2023

Andrew Suh
A petitioner

v.

DEPT of JUSTICE
Respondent

under 42 USC 1983
a civil rights action
own solely

a complaint by Federal or
the law of the State for Injury

6:23-cv-339

2023 FEB 27 PM 3:11
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA
FILED

Tax payer Damage or no discrimination by Jury
a writ of attachment, garnishment an owneship amount of damage is ~~Ten millions dollars~~ Reduce to Five millions dollars. I am injured to for earlier, not now Redress required, for plus Ten Thousand dollars every month living cost. without Tax and citizenship papers. I want visit to Seoul Korea

a claim by Andrew Suh   a pro se required

THE Final decision
if more
Than End of
November, 2022
I will plus charge
Fifty millions
dollars charged.
- Consolidated -
for my age's
Please pay in
Full within Two
Year for End of
2024. and a
"merger"
a limitation
an estate
by cash
only one
10% now
Cash one Time
Pay Tax

Reason by no enhancement sentence
no discrimination
name: Andrew Suh
B 72067
Address: 2600 N. Brinton Ave
Dixon, IL 61021

an amended, a relief
a Forthwith, an Extend

Date: March 6, 2023

A notice of appeal

U.S. District Court For the
~~Central~~ Middle District of ~~California~~ Florida
March 6, 2023

Andrew Suh
A Petitioner

v.

Dept of Justice
Respondent

A notice of appeal

Docket no.
2:21-CV-07564 GW-KS

a writ of certiorari
a use
an equitable ownership
an appropriated
an Immediately
a within Ten days
The last day For Filing
~~Double Cost~~

a covenant     Continue. Primary
a decision      Facts, Parties, condon
a determination    Date: March 6, 2023
a conclude
a no more    at least Three-Fourth of, an End, Plus Twenty millions dollars
a case         a Rehearing, a Relief, a granted, an amended, an admitted, a conclude
an order      a petition For a Writ of certiorari To a Review, a case, a Judgment, a Reviewed
warranty    a good cause, a good Faith, June 16, 22. again notice; a Reversal, one, only on
a deed       a Jurisdiction to supreme court, a decision. one consider, one Final, if
continuing   more than End of July, 2022 Than, Plus charged double cost all of ...
                 For Time To Time shall be vested, ordain, establish. courts. congress. know :]
      I will conduct myself, I will support the constitution of the United Sta-
I believe that I am entitled To Redress,   Since: 1993-2022, D.O.B. 1940

notice:    a Party: Andrew Suh

Date:

name: Andrew Suh
            B72067
Address: 2600 N. Brinton Ave
              Dixon, IL 61021

again plus Twenty millions dollars